# COMPLAINT FORM
(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FILED
07/23/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

FOR THE Southern DISTRICT OF Indiana

Indianapolis Division

(Full name of plaintiff(s))

Cory Montgomery

vs

(Full name of defendant(s))

IDOC, ET, AL,
RDC ET, AL

Case Number:

2:23-cv-00396-RLY-TAB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of The United States, and is located at

1946 West US 40 Greencastle, IN 46135

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant: IDOC, RDC ET, AL

(Name)

Complaint – 1

is (if a person or private corporation) a citizen of  State of INdiana
(State, if known)

and (if a person) resides at  RDC, DOC 737 MooN RD, Plainfield, IN
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  I DOC, RDC, ET, AL
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① Fell In standing water on N Pod, on 4-28-23

② At Which time went to see Doctor, outside facility Eskenazi Hospital Approx. 10:30 Pm

③ 5-9-23 Fell In shower

④ Fell on 5-31-23 due to not having wheelchair

Complaint – 2

C.  **JURISDICTION**

☑ I am suing for a violation of federal law under U.S.C. § 1331.

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$_____.

D.  **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the Defendents to be held accountable for the injuries they've Afflicted on me, also I want them to be accountable for the violations of my Constitutional Rights, and Liable for any and all Cost, Medical or otherwise.

Complaint – 4

Due to Several Incidents at RDC I have aquiered Injury Per medical evaluations which may be Permenante

Complaint – 3

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this  07  day of  24  20 23 .

Respectfully Submitted,

*Corey Montgomery*
Signature of Plaintiff

226475
Plaintiff's Prisoner ID Number

1946 West US.40 GreenCastle, INdiana, 46135
Putnamville Correctional Facility
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5