UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| COREY MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00396-JRS-MG |
| ) | |
| IDOC, et al., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT**. The action is dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

Date: 02/13/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

COREY MONTGOMERY
3813 Marvin Ave., Rear
Cleveland, OH 44109